IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


3039 B STREET ASSOCIATES,     :     CIVIL ACTION
INC., et al.,                 :     NO. 09-1079
                              :
          Plaintiffs,         :
                              :
     v.                       :
                              :
LEXINGTON INSURANCE COMPANY,  :
                              :
          Defendant.          :


<u>**O R D E R**</u>


     **AND NOW**, this **3rd** day of **May, 2010,** it is hereby

**ORDERED**, for the reasons stated in the accompanying memorandum,

Defendant's motion for summary judgment (doc. no. 33) is **GRANTED**.


     **IT IS FURTHER ORDERED** that, all claims having been

dismissed, this case shall be marked **CLOSED**.



     **AND IT IS SO ORDERED.**


                         s/Eduardo C. Robreno
                         **EDUARDO C. ROBRENO, J.**