IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 3039 B STREET ASSOCIATES, INC., et al., | : : : | CIVIL ACTION NO. 09-1079 |
| Plaintiffs, | : : | |
| v. | : : | |
| LEXINGTON INSURANCE COMPANY, | : : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **27th** day of **August, 2010**, it is hereby **ORDERED**, that Plaintiffs' motion for reconsideration (doc. no. 68) will be **GRANTED in part** and **DENIED in part**. The motion for reconsideration will be **GRANTED** to the extent that the sentences in the Court's May 3, 2010 Memorandum (doc. no. 65), stating that Defendant advanced Plaintiffs $50,000 on their insurance claim in 2008, will be deleted, and the Amended Memorandum will read as follows:

1. Paragraph 10 under § III(B)(1) will read: "On April 10, 2008, Cheney stated that he would forward Plaintiffs' advance payment request to Defendant and that Plaintiffs' statement of loss of $681,173.81 was subject to investigation."

2. Section III(B)(1) will include a ¶ 18 that will read: "On July 7, 2009, upon completion of the investigation, Defendant sent Plaintiffs a payment for $78,511.84, the amount of the undisputed loss."

3. Section III(B)(1)(c) will read: "During the investigatory process, the parties agree that no settlement discussions occurred <u>inter</u> <u>se</u>. As such, this factor is not applicable here."

**IT IS FURTHER ORDERED** that Plaintiffs' motion for reconsideration will be **DENIED** in all other respects.

**AND IT IS SO ORDERED.**

    s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**